**RICHARD A. HARRIS, ESQ.**
Nevada State Bar No. 505
**JOSHUA R. HARRIS, ESQ.**
Nevada State Bar No. 9580
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS NV 89101
Ph: (702) 444-4392
Fax: (702) 444-4455
Email: josh@richardharrislaw.com
**Attorney for Plaintiff**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MIGUEL S. STRASSNER,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Case No 2:18-cv-01500-APG-NJK<br><br>FIRST STIPULATION FOR EXTENSION OF TIME TO FILE MOTION FOR REMAND |

    Comes now Plaintiff, by and through his attorney, JOSHUA R. HARRIS, ESQ., and requests a THIRTY (30) calendar day extension of time, to file the **MOTION TO FOR REMAND,** up to and including December 17, 2018.

    Plaintiff's current deadline to file the **MOTION FOR REMAND** is November 17, 2018.

    The Appellate Attorney Writer has eight other briefs due between today and Monday and needs additional time to complete this Motion.

    Via email on November 16, 2018 at 2:44 pm, opposing counsel expressed no objection to the extension.

It is therefore respectfully requested that Plaintiff be granted a THIRTY (30) calendar day extension of time to file the **MOTION FOR REMAND** up to and including December 17, 2018.

DATED this 16th day of November, 2018.　　　　DATED this 16th day of November, 2018.

/s/ *Joshua R. Harris*　　　　　　　　　　　　/s/ *Tina L Naicker*
**JOSHUA HARRIS, ESQ.**　　　　　　　　　　**TINA L. NAICKER**
Nevada State Bar No. 9580　　　　　　　　　　Office of General Counsel SSA
Richard Harris Law Firm　　　　　　　　　　　160 Spear St., 8th Flr.
801 S Fourth St.　　　　　　　　　　　　　　San Francisco, CA 94105
Las Vegas NV 89101　　　　　　　　　　　　415-268-5611
Ph: (702) 444-4392　　　　　　　　　　　　　Fax: 415-744-0134
Fax: (702) 444-4455　　　　　　　　　　　　Email: Tina.Naicker@ssa.gov
Email: josh@richardharrislaw.com
Attorney for Plaintiff　　　　　　　　　　　　Attorney for Defendant

IT IS SO ORDERED.
Dated: November 19, 2018
.
.
_____
Nancy J. Koppe
United States Magistrate Judge