1  NICHOLAS A. TRUTANICH, NSBN 13644
   United States Attorney
2  District of Nevada
   TINA NAICKER, CSBN 252766
3  Special Assistant United States Attorney
   160 Spear Street, Suite 800
4  San Francisco, California 94105
   Telephone: (415) 268-5611
5  Facsimile: (415) 744-0134
   E-Mail: Tina.Naicker@SSA.gov

6
   Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MIGUEL S. STRASSNER,<br><br>             Plaintiff,<br><br>     v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>             Defendant. | Case No. 2:18-cv-01500-APG-NJK<br><br>**JOIN STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR REMAND**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to file her response to Plaintiff's Motion for Reversal/Remand be extended from April 12, 2019 to **April 15, 2019**.  This is Defendant's second request for extension.  Good cause exists to grant Defendant's request for extension.  Counsel for Defendant (Counsel) has been experiencing chronic migraines, which impairs her vision, throughout the week and has been on intermittent sick leave.  Counsel attempted to diligently finalize her response by the filing deadline, but could not do so due to her migraines.  Due to Counsel's ongoing health issues, Counsel respectfully requests additional time to respond to the issues raised in Plaintiff's Motion.  Defendant

makes this request in good faith with no intention to unduly delay the proceedings. Defendant apologizes for the belated request for extension, but had ongoing health issues and filed an extension of time as soon as reasonably practicable. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: April 12, 2019        /s/ *Joshua Harris*
                                           (*as authorized by email on April 12, 2019)
                                           JOSHUA HARRIS
                                           Attorney for Plaintiff

Dated: April 12, 2019        NICHOLAS A. TRUTANICH
                                           United States Attorney
                                           DEBORAH LEE STACHEL
                                           Regional Chief Counsel, Region IX
                                           Social Security Administration

                                By        /s/ *Tina L. Naicker*
                                           TINA L. NAICKER
                                           Special Assistant U.S. Attorney
                                           Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: April 15, 2019

THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE