# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MIGUEL S. STRASSNER,<br><br>    Plaintiff(s),<br><br>v.<br><br>ANDREW SAUL,<br><br>    Defendant(s). | Case No.: 2:18-cv-01500-APG-NJK<br><br>**ORDER** |

It appears that Andrew Saul is now Commissioner of Social Security. A "[public] officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d). Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Andrew Saul in place of Nancy Berryhill.

IT IS SO ORDERED.

Dated: June 18, 2019

_____
Nancy J. Koppe
United States Magistrate Judge