# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MIGUEL S. STRASSNER, | Case No.: 2:18-cv-01500-APG-NJK |
| Plaintiff | **Order Accepting Magistrate Judge's Report & Recommendation and Affirming Agency Decision** |
| v. | |
| ANDREW SAUL, | [ECF Nos. 22, 27, 31] |
| Defendant | |

On June 18, 2019, Magistrate Judge Koppe recommended that I deny plaintiff Miguel Strassner's motion to remand and that I grant defendant Andrew Saul's motion to affirm. ECF No. 31. Strassner did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Magistrate Judge Koppe's report and recommendation **(ECF No. 31) is accepted**, plaintiff Miguel Strassner's motion to remand **(ECF No. 22) is DENIED**, and defendant Andrew Saul's motion to affirm **(ECF No. 27) is GRANTED**. The clerk of court is instructed to enter judgment in favor of defendant Andrew Saul and against plaintiff Miguel Strassner.

DATED this 9th day of July, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE